UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 19 Cr. 564 (WHP) |
| Domingo Rey Suarez, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The sentencing for defendant Domingo Suarez is re-scheduled to May 21, 2020 at 3:30 p.m.

Dated: March 16, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.