LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

May 12, 2020

**BY ECF**
Hon. William H. Pauley
United States District Judge
500 Pearly Street
New York, New York 10007

Application granted. Sentencing adjourned to August August 6, 2020 at 2:00 p.m.

SO ORDERED:

*[signature]*

WILLIAM H. PAULEY III
U.S.D.J.

May 14, 2020

Re: <u>United States v. Suarez</u>, 19 CR 564 (WHP)

Dear Judge Pauley:

I am writing on behalf of Defendant Domingo Suarez, and with the consent of the government, to respectfully request that Mr. Suarez's May 21, 2020 sentencing be adjourned for at least 60 days, to a date convenient for the Court, due to the ongoing COVID-19 pandemic. We are hopeful that by late July or August, Mr. Suarez will be able to safely fly from California to the Southern District of New York to attend his sentencing in person.

I remain available for a telephone conference at the Court's convenience should Your Honor deem it necessary.

Respectfully submitted,

*[signature]*

Jeffrey Lichtman

cc: Juliana Murray, Esq.
Elinor Tarlow, Esq.
Assistant United States Attorneys (by ECF)