LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

September 24, 2020

**BY ECF**
Hon. William H. Pauley
United States District Judge
500 Pearly Street
New York, New York 10007

    Re: <u>United States v. Suarez</u>, 19 CR 564 (WHP)

Dear Judge Pauley:

    I am writing on behalf of defendant Domingo Suarez and without objection from the government to respectfully request that Mr. Suarez's October 14, 2020 sentencing be adjourned to a date convenient for the Court in December or January due to the ongoing COVID-19 pandemic. By that time, we are hopeful that Mr. Suarez will be able to safely fly from California to the Southern District of New York and appear for an in-person sentencing proceeding.

    I remain available for a telephone conference on this application should Your Honor deem it necessary.

    Respectfully submitted,

    Jeffrey Lichtman

cc:  Elinor Tarlow, Esq.
     Juliana Murray, Esq.
     Assistant United States Attorneys (by ECF)

Application granted. Sentencing adjourned to January 21, 2021 at 1:30 p.m.
SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

September 30, 2020