## LAW OFFICES OF
## JEFFREY LICHTMAN

11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

January 5, 2021

**BY ECF**
Hon. William H. Pauley
United States District Judge
500 Pearly Street
New York, New York 10007

Application granted.

SO ORDERED:

_/s/ William H. Pauley_
WILLIAM H. PAULEY III
U.S.D.J.

January 6, 2021

Re: <u>United States v. Suarez</u>, 19 CR 564 (WHP)

Dear Judge Pauley:

    I am writing on behalf of defendant Domingo Suarez to respectfully request that Mr. Suarez's January 21, 2021 sentencing be adjourned due to the ongoing COVID-19 pandemic to May 6, 2021 at 11 a.m., a date that I am informed is convenient for both the government and the Court. By that time, we are hopeful that Mr. Suarez will be able to safely fly from California to the Southern District of New York and appear for an in-person proceeding as he has requested.

    I remain available for a telephone conference on this application should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: Elinor Tarlow, Esq.
Juliana Murray, Esq.
Assistant United States Attorneys (by ECF)