LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

June 16, 2021

**BY ECF**
Hon. William H. Pauley
United States District Judge
500 Pearl Street
New York, New York 10007

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

June 18, 2021

Re: <u>United States v. Suarez</u>, 19 CR 564 (WHP)

Dear Judge Pauley:

I am writing on behalf of defendant Domingo Suarez to respectfully request due to a scheduling conflict that Mr. Suarez's August 17, 2021 sentencing be adjourned to September 10, 2021 at 11 a.m., a date that I am informed is convenient for both the government and the Court.

Thank you for the Court's consideration on this matter. I remain available for a telephone conference on this application should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: Elinor Tarlow, Esq.
Juliana Murray, Esq.
Assistant United States Attorneys (by ECF)