LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

August 25, 2021

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Suarez</u>, 19 CR 564 (PAE)

Dear Judge Engelmayer:

I am writing on behalf of defendant Domingo Suarez to respectfully request that Mr. Suarez's September 10, 2021 sentencing be adjourned to October 6, 2021 due to a scheduling conflict with the Court of Appeals. I have been informed that this date is convenient for both the government and the Court.

Thank you for the Court's consideration on this matter. I remain available for a telephone conference on this application should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

**GRANTED.** Sentencing is adjourned to October 6, 2021 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 38.

SO ORDERED.         8/25/2021

_____
PAUL A. ENGELMAYER
United States District Judge