**LAW OFFICES OF**
**JEFFREY LICHTMAN**
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

January 10, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: <u>United States v. Suarez</u>, 19 CR 564 (PAE)

Dear Judge Engelmayer:

  I am writing on behalf of defendant Domingo Suarez to respectfully request a 30 day extension of the January 12, 2022 date for Mr. Suarez to surrender and begin service of his 366 day term of incarceration as he has yet to be designated a facility by the Bureau of Prisons. The government, by AUSA Juliana Murray, has no objection to this application. I apologize for the last minute nature of this application, I was only informed this afternoon that Mr. Suarez had yet to be designated.

  Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

*/s/ Jeffrey Lichtman*
Jeffrey Lichtman

cc: Elinor Tarlow, Esq.
   Juliana Murray, Esq.
   Assistant United States Attorneys (by ECF)

**GRANTED.** Defendant's surrender date is adjourned until February 11, 2022. The Clerk of Court is requested to terminate the motion at Dkt. No. 44.

SO ORDERED.  1/11/2022

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge