LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

February 4, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: <u>United States v. Suarez</u>, 19 CR 564 (PAG)

Dear Judge Engelmayer:

        I am writing on behalf of defendant Domingo Suarez to respectfully request a second extension of the date for Mr. Suarez to surrender and begin service of his 366 day term of incarceration as he has yet to be designated a facility by the Bureau of Prisons. Presently, the defendant is due to surrender on or before February 11, 2022 – we would respectfully request that this date be extended to March 14, 2022. The government, by AUSA Juliana Murray, has no objection to this application.

        Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

        Respectfully submitted,

        *Jeffrey Lichtman*

cc:    Elinor Tarlow, Esq.
       Juliana Murray, Esq.
       Assistant United States Attorneys (by ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 46.

SO ORDERED.

2/4/2022

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge